PROB 22 (Rev. 1/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER (Tran. Court)**
13CR02567-001-BTM

**DOCKET NUMBER (Rec. Court)**
CR25-00001 JSC

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**
Juan Santiago-Ramirez
Northern District of California

**DISTRICT**
Southern California

**DIVISION**
San Diego

**FILED**
Jan 07 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**NAME OF SENTENCING JUDGE**
Barry Ted Moskowitz
Senior U.S. District Judge

**DATES OF** supervised release
**FROM** 04/08/2024
**TO** 04/07/2025

**OFFENSE**
18 U.S.C. § 1544, Misuse of Passport

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Santiago-Ramirez has no significant ties to the Southern District of California and expects to remain in the Northern District of California for the remainder of supervised release. The probation office in the Northern District of California has requested a transfer of jurisdiction to allow any future concerns be addressed efficiently by the district wherein the offender is supervised.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

December 20, 2024
Date

Barry Ted Moskowitz
Senior U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 7, 2025
Effective Date

United States District Judge
Hon. Jacqueline Scott Corley

SD/CA #253766; ND/CA #8535941